LONG ISLAND COLLEGE HOSPITAL, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner of the State of New York, et al., Respondents.— Order, entered May 13, 1966, denying plaintiff's motion for a temporary injunction, unanimously affirmed, without costs or disbursements to any party. The disputes provision of section 716 of the Labor Law is not sufficiently broad to include a dispute over the right to exclusive representation by a union, the propriety of a bargaining unit, or any other issues raised as to the correctness of certification of an exclusive bargaining agent. Moreover, the only avenue to

judicial review as to certification is limited to a direct appeal from a final order arising in enforcement proceedings (Labor Law, § 707). Under the circumstances, there is no clear right established to a temporary injunction in this matter arising out of proceedings pursuant to section 716 of the Labor Law. Concur — Breitel, J. P., Eager, Steuer and Capozzoli, JJ.